**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

AF HOLDINGS LLC,

        Plaintiff,                     No. 1:12-cv-01102-JTN

        v.                       Hon. Judge Janet T. Neff

MICHAEL PACHECO,

        Defendant,

_____/

JONATHAN W. TAPPAN (P72195)
Jonathan W. Tappan, PLLC
2549 Somerset Blvd. #102
Troy, MI 48084
Phone: (415) 325-5900
Email: blgibbs@wefightpiracy.com
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY SPECIAL ORDER OF THE COURT

The Court has reviewed Plaintiff's Motion for Service by Special Order of the Court with attached exhibit, the Declaration of Jonathan W. Tappan Regarding Service of Process to Defendant Michael Pacheco, and relevant court rules. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Service by Special Order of the Court is GRANTED;

It is further ORDERED that Plaintiff may immediately serve Defendant by sending the Summons and Complaint by certified mail to Defendant's last known address and by affixing the Summons and Complaint to the door of Defendant's last known address.

IT IS SO ORDERED.

DATED:  January 16, 2012 _____        /s/ Ellen S. Carmody _____
                                              ELLEN S. CARMODY
                                              U.S. Magistrate Judge