UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

       Plaintiff,                                    Case No. 1:12-cv-1102

v.                                                HON. JANET T. NEFF

MICHAEL PACHECO,

       Defendant.
_____/

## **ORDER**

      The Court, having reviewed Plaintiff's Verified Petition Regarding Service of Process to Defendant Michael Pacheco (Dkt 9), determines that an order of dismissal for lack of service is now unwarranted (*see* Dkt 5). Plaintiff's proofs of service (Dkts 9-1, 9-2, 9-3) indicate that service was made on Defendant Pacheco on January 19 and 21, 2013.

Dated: February 7, 2013                                  /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge