UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

    Plaintiff,                              Case No. 1:12-cv-1102

v.                                         HON. JANET T. NEFF

MICHAEL PACHECO,

    Defendant.
_____/

## ORDER TO STRIKE

On February 6, 2013, Defendant filed his Answer and Affirmative Defenses (Dkt 11) to Plaintiff's complaint. Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under Fed. R. Civ. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For this reason, Defendant's Answer will be stricken. Therefore,

**IT IS HEREBY ORDERED** that Defendant's Answer and Affirmative Defenses (Dkt 11) is STRICKEN. Defendant shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.


Dated: February 11, 2013                          /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                             United States District Judge