UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,　　　　　　　　　　　　　Case No.: 1:12-cv-01102-JTN

　　　　Plaintiff,　　　　　　　　　　　　　　　Hon.: Janet T. Neff

　　v.

MICHAEL PACHECO,

　　　　Defendant,
_____/

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | CURTIS BAKER SONNENBERG (P63012) |
| Jonathan W. Tappan, PLLC | Sonnenberg Law Offices, PLLC |
| 2549 Somerset Blvd. #102 | 1100 W. Ottawa St. |
| Troy, MI 48084 | Lansing, MI 48915 |
| Phone: (248) 622-0206 | Phone: (517) 580-5260 |
| Email: tappanj@comcast.net | Email: attorney@sonnenberglaw.com |

_____/

### **(PROPOSED) STIPULATED ORDER  DISMISSING COMPLAINT**

　　　NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Michael Pacheco, through his counsel Curtis Baker Sonnenberg, and, as Plaintiff AF Holdings, LLC has agreed to forever release any and all claims it has asserted and/or could have asserted against Defendant Michael Pacheco, whether known or unknown, relating to the subject matter of the instant action, the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

　　　IT IS HEREBY ORDERED that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Michael Pacheco, in the above-captioned case, shall be dismissed with prejudice; and

IT IS FURTHER ORDERED that Plaintiff AF Holdings, LLC is barred from bringing any and all future claims relating to the subject matter of the instant action against Defendant Michael Pacheco; and

IT IS FURTHER ORDERED that no party shall be obligated to pay costs and/or fees of any other party in this matter.

IT IS SO ORDERED.

_____
Honorable United States District Judge

Approved as to form and substance:

__/s/ Curtis Baker Sonnenberg_____  
Curtis Baker Sonnenberg (P63012)  
Attorney for Defendant  
Michael Pacheco

__/s/ Jonathan Tappan_____  
Jonathan W. Tappan (P72195)  
Attorney for Plaintiff  
AF Holdings, LLC